IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GREATER BIRMINGHAM ) <br> MINISTRIES, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> JOHN H. MERRILL, in his ) <br> official capacity as ) <br> Secretary of State of the ) <br> State of Alabama, ) <br> ) <br>     Defendant. ) | CIVIL ACTION NO. <br> 2:22cv205-MHT <br> (WO) |

ORDER

Based on the representations made on the record today, it is ORDERED that:

(1) Defendant John H. Merrill's motion to dismiss (Doc. 12) is denied. The legal arguments are carried with the case.

(2) Plaintiff Greater Birmingham Ministries is to file an amended complaint, as set forth during oral argument today, by June 2, 2022.

(3) The parties, after conferring with each other and attempting to reach an agreement, are to submit, by

June 7, 2022, a proposal or proposals for expedited discovery.

DONE, this the 31st day of May, 2022.

                                     /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**