IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GREATER BIRMINGHAM MINISTRIES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:22cv205-MHT (WO) |
| JOHN H. MERRILL, in his official capacity as Secretary of State of the State of Alabama, | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of defendant John H. Merrill's motion for reconsideration, the court agrees that it may have misinterpreted Secretary Merrill's request regarding deposition time in the parties' joint proposals for expedited discovery, *see* Parties' Proposals for Expedited Discovery (Doc. 36) at 9. The court also finds that it would be fair to allow Merrill the same amount of deposition time as plaintiff Greater Birmingham Ministries--that is, three hours. *See* June

16, 2022 Order (Doc. 40) at 5-6.  Accordingly, it is **ORDERED that defendant Merrill's motion for reconsideration (Doc. 42) is granted to the extent that defendant Merrill shall be allowed three hours in which to depose a representative of plaintiff Greater Birmingham Ministries.**

    **DONE, this the 21st day of June, 2022.**

                                /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**