IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GREATER BIRMINGHAM MINISTRIES, | ) ) ) | |
|     Plaintiff, | ) ) | |
|     v. | ) ) ) | CIVIL ACTION NO. 2:22cv205-MHT (WO) |
| JOHN H. MERRILL, in his official capacity as Secretary of State of the State of Alabama, | ) ) ) ) ) | |
|     Defendant. | ) | |

ORDER

It is ORDERED that defendant John H. Merrill's second motion to dismiss (Doc. 39) is denied. The legal arguments made in it are carried with the case.

DONE, this the 23rd day of June, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE