IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREATER BIRMINGHAM        )
MINISTRIES,               )
                          )
     Plaintiff,           )
                          )    CIVIL ACTION NO.
     v.                   )     2:22cv205-MHT
                          )         (WO)
JOHN H. MERRILL, in his   )
official capacity as      )
Secretary of State of the )
State of Alabama,         )
                          )
     Defendant.           )
```

PRETRIAL ORDER

Based on the representations made on the record today, it is ORDERED as follows:

(1) The parties shall attempt to agree upon and file any joint stipulations by July 18, 2022.

(2) By July 20, 2022, at 5:00 p.m., plaintiff Greater Birmingham Ministries ("GBM") shall file a pretrial brief that includes the following:

- A statement clearly identifying the claims and issues for the court to resolve. This

statement shall specify, among other things, whether GBM contends that the public-disclosure provision of the National Voter Registration Act, 52 U.S.C. § 20507(i), requires defendant Merrill to provide the records that GBM has requested in an electronic format, specifically, or whether GBM contends that the public-disclosure provision of the NVRA requires Secretary Merrill to provide a form of access besides for that which he has already offered, whether it be in electronic format or not.

- A detailed summary of its anticipated evidence.

- A discussion of the relevant law and why GBM should prevail in light of that law and the evidence.

- A statement of the relief it seeks.

2

(3) By July 25, 2022, at 5:00 p.m., defendant Merrill shall file a response.  Plaintiff GBM may file a reply a day later at 5:00 p.m., but it is not required to.

(4) Trial shall be by videoconference and shall begin at 10:00 a.m. on July 28, 2022.  The courtroom deputy shall make the necessary arrangements.

(5) Prior to trial, the parties shall make all necessary arrangements with the courtroom deputy for the presentation of exhibits.

DONE, this the 13th day of July, 2022.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE