# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| GREATER BIRMINGHAM MINISTRIES,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of the State of Alabama,<br><br>    Defendant. | Case No. 2:22-cv-00205-MHT-SMD |

## PLAINTIFF GREATER BIRMINGHAM MINISTRIES' NOTICE OF RELEVANT AUTHORITY

Plaintiff Greater Birmingham Ministries ("GBM") hereby gives notice of legal authority relevant to this litigation: *CLC v. Scott,* No. 1:22-cv-92-LY, Doc. No. 55, Findings of Fact and Conclusions of Law (W.D. Tex. Aug. 2, 2022). In *CLC v. Scott*, following a bench trial, the Western District of Texas ordered Texas Secretary of State John B. Scott to produce records responsive to the National Voter Registration Act ("NVRA") requests made by several plaintiffs-organizations. The requested records pertain to a state program that threatens to remove registered voters from the voter rolls based on data allegedly showing their non-citizenship. In *CLC v. Scott*, Defendant Scott, like Defendant Merrill here, argued that he was not required to transmit electronic records under the NVRA's Public Disclosure Provision. The district court rejected the Secretary's "cramped view of the Act's public-disclosure provision" and ordered electronic transmission of the requested records. The Findings of Fact and Conclusions of Law, and the accompanying mandatory injunction and final judgment, are attached hereto as exhibits.

Date: August 4, 2022

By:     */s/ Danielle Lang*

Danielle Lang*  
Alice Huling*  
Blair Bowie*  
Christopher Lapinig*  
Valencia Richardson*  
Campaign Legal Center  
1101 14th Street NW, Suite 400  
Washington, DC 20005  
Tel.: (202) 736-2200  
Fax: (202) 736-2222  
dlang@campaignlegalcenter.org  
ahuling@campaignlegalcenter.org  
bbowie@campaignlegalcenter.org  
clapinig@campaignlegalcenter.org  
vrichardson@campaignlegalcenter.org  

*\*admitted pro hac vice*

Joseph Mitchell McGuire  
McGuire & Associates, LLC  
31 Clayton Street  
Montgomery, AL 36104  
Tel.: 334-517-1000  
Fax: 334-517-1327  
jmcguire@mandabusinesslaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that, on August 4, 2022, I filed the foregoing document electronically via the Court's CM/ECF system, which will send a copy to the following counsel of record: Jim.Davis@AlabamaAG.gov; Misty.Messick@AlabamaAG.gov; and Ben.Seiss@AlabamaAG.gov.

*/s/ Danielle Lang*
*Counsel for Plaintiff*