IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREATER BIRMINGHAM         )
MINISTRIES,                )
                           )
     Plaintiff,            )
                           )     CIVIL ACTION NO.
     v.                    )       2:22cv205-MHT
                           )            (WO)
JOHN H. MERRILL, in his    )
official capacity as       )
Secretary of State of the  )
State of Alabama,          )
                           )
     Defendant.            )
```

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of plaintiff Greater Birmingham Ministries and against defendant John H. Merrill, in his official capacity as Secretary of State of the State of Alabama.

(2) Defendant Merrill is ENJOINED and RESTRAINED from failing to provide forthwith to plaintiff Greater

Birmingham Ministries the three categories of records sought:

(a) Records created in the two years prior to June 11, 2021--and in the two years prior to that, if defendant Merrill maintains such records--concerning people removed from Alabama's voter rolls because of a disqualifying felony conviction, including each person's name, address, phone number, and current registration status.

(b) Records created in the two years prior to June 11, 2021--and in the two years prior to that, if defendant Merrill maintains such records--concerning people whose applications to register to vote were denied because of a disqualifying felony conviction, including each person's name, address, phone number, and current registration status.

(c) Records concerning people removed from Alabama's voter rolls after the 2020 general

election, including each person's name, address, phone number, and current registration status.

(3) The parties have until November 22, 2022, to reach an agreement as to a reasonable fee for the records requested by and turned over to plaintiff Greater Birmingham Ministries, based on the actual costs that defendant Merrill incurs in their production to Greater Birmingham Ministries.  If they are unable to do so, they should notify the court by 5 P.M. on November 23, 2022.

It is further ORDERED that costs are taxed against defendant Merrill, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of October, 2022.

                                       /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE