IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREATER BIRMINGHAM         )
MINISTRIES,                )
                           )
    Plaintiff,             )
                           )      CIVIL ACTION NO.
    v.                     )       2:22cv205-MHT
                           )
JOHN H. MERRILL, in his    )
official capacity as       )
Secretary of State of the  )
State of Alabama,          )
                           )
    Defendant.             )
```

### ORDER

Upon consideration of plaintiff's unopposed motion to extend the deadlines to seek costs and attorneys' fees (Doc. 93), it is ORDERED that the motion is granted, and plaintiff is granted leave to file its requests for costs and attorneys' fees within 14 days of either (1) any final agreement between the parties on reasonable fees for the records; (2) a court ruling on reasonable fees for the records (if there is no agreement); or (3) the resolution of any appeal in this case, whichever occurs

latest.

DONE, this the 7th day of October, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**