IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GREATER BIRMINGHAM MINISTRIES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:22cv205-MHT (WO) |
| JOHN H. MERRILL, in his official capacity as Secretary of State of the State of Alabama, | ) ) ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

With the parties having resolved the issue of reasonable costs, *see* Joint Notice (Doc. 109); Secretary of State's Notice (Doc. 112), it is ORDERED that the motion for entry of final judgment (Doc. 112) is granted, and final judgment is entered on all claims.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 5th day of December, 2022.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE